**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan
■ 3RD _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: WALDO VINCENTY      JOINT DEBTOR: _____      CASE NO.: 22-15114-EPK
SS#: xxx-xx- 7537           SS#: xxx-xx- _____

**I.   NOTICES**

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

**II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,095.85    for months   1  to  15 ;
2. $1,106.85    for months  16  to  16 ;
3. $1,095.60    for months  17  to  28 ;
4. $1,084.47    for months  29  to  30 ;
5. $1,073.00    for months  31  to  59 ;
6. $1,084.00    for months  60  to  60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| | | | |
|---|---|---|---|
| Total Fees: | $5,700.00 | Total Paid: $80.00 | Balance Due: $5,620.00 |
| Payable | $363.30 | /month (Months 1 to 5) | |
| Payable | $353.30 | /month (Months 6 to 15) | |
| Payable | $270.50 | /month (Months 16 to 16) | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4,500.00 Attorney fee, $150.00 in costs $500.00 motion to continue automatic stay, $25.00 in costs, $500.00 motion to determine interest rate, $25.00 in costs

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III.   TREATMENT OF SECURED CLAIMS**    ☐ NONE

A. **SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

Debtor(s): WALDO VINCENTY                    Case number: 22-15114-EPK

1. **Creditor:** The Arbours of The Palm Beaches COA

   **Address:** 5550 Glades Road, Suit 500, Boca Raton, FL 33431

   | Field | Amount | Period |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $12,902.40 | |
   | Arrears Payment (Cure) | $10.00 | /month (Months 1 to 16) |
   | Arrears Payment (Cure) | $289.60 | /month (Months 17 to 60) |
   | Regular Payment (Maintain) | $385.00 | /month (Months 1 to 60) |

   Last 4 Digits of Account No.: ____

   Other: ____

   ■ Real Property
   ■ Principal Residence
   ☐ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   **Address of Collateral:** 2641 Gately Dr W Apt 402 West Palm Beach, FL 33415  Palm Beach County

   ☐ Personal Property/Vehicle

   Description of Collateral:

2. **Creditor:** Bridgecrest

   **Address:** LLC as agent, PO Box 4138, Houston, TX 77210

   | Field | Amount | Period |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $8,478.18 @ 5.75% = $9,775.20 | |
   | Payoff (Including 0% monthly interest) | $100.00 | /month (Months 1 to 15) |
   | Payoff (Including 0% monthly interest) | $202.80 | /month (Months 16 to 16) |
   | Payoff (Including 0% monthly interest) | $183.47 | /month (Months 17 to 60) |

   Last 4 Digits of Account No.: 1702

   Other: ____

   ☐ Real Property
   ☐ Principal Residence
   ☐ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral:

   ■ Personal Property/Vehicle

   Description of Collateral: 2010 Lexus ES350 100,000 miles VIN#JTHBK1EG1A2386494

3. **Creditor:** Palm Beach County Tax Collector, c/o Hampton Peterson, Esq

   **Address:** PO Box 3715, West Palm Beach, FL 33402

   | Field | Amount | Period |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $250.50 @18% = $312.90 | |
   | Payoff (Including 0% monthly interest) | $10.43 | /month (Months 1 to 30) |

   Last 4 Digits of Account No.: 0402

   Other: 2020

   ■ Real Property
   ■ Principal Residence
   ☐ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   **Address of Collateral:** 2641 Gately Dr W Apt 402 West Palm Beach, FL 33415  Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral: _____

**4. Creditor:** Palm Beach County Tax Collector
c/o Hampton Peterson, Esq

Address: PO Box 3715
West Palm Beach, FL 33402

Arrearage/ Payoff on Petition Date    $1,229.04 @18% = $1,872.60

Payoff (Including 0% monthly interest)    $31.21   /month (Months  1  to  60  )

Last 4 Digits of Account No.:    0402

Other:    2021

■ Real Property            Check one below for Real Property:
  ■ Principal Residence          ☐ Escrow is included in the regular payments
  ☐ Other Real Property          ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
2641 Gately Dr W Apt 402 West Palm Beach, FL 33415  Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral: _____

**5. Creditor:** American Tax Funding, LLC

Address: 801 Maplewood Dr Ste 4
Jupiter FL 33458-0000

Arrearage/ Payoff on Petition Date    $772.15 @ 0.25% = $777.00

Payoff (Including 0% monthly interest)    $12.95   /month (Months  1  to  60  )

Last 4 Digits of Account No.:    ____

Other:    2017

■ Real Property            Check one below for Real Property:
  ☐ Principal Residence          ☐ Escrow is included in the regular payments
  ☐ Other Real Property          ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
2641 Gately Dr W Apt 402 West Palm Beach, FL 33415  Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral: _____

**6. Creditor:** Newline Holdings, LLC

Address: Po Box 8719
Carol Stream IL 60197-0000

Arrearage/ Payoff on Petition Date    $2,504.51 @ 0.25% = $2,520.60

Payoff (Including 0% monthly interest)    $42.01   /month (Months  1  to  60  )

Last 4 Digits of Account No.:    ____

Other:    2018

■ Real Property                                    Check one below for Real Property:
  ■ Principal Residence                              ☐ Escrow is included in the regular payments
  ☐ Other Real Property                              ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
2641 Gately Dr W Apt 402 West Palm Beach, FL 33415  Palm Beach County

☐ Personal Property/Vehicle
Description of Collateral:

7. Creditor: TLOA OF FLORIDA LLC

   Address: PO BOX 54077       Arrearage/ Payoff on Petition Date    $282.17 @0.25% = $283.20
            New Orleans LA
            70154-0000         Payoff (Including 0% monthly interest)    $10.12    /month (Months  1  to  28 )

   Last 4 Digits of
   Account No.: _____

Other: 2019

■ Real Property                                    Check one below for Real Property:
  ■ Principal Residence                              ☐ Escrow is included in the regular payments
  ☐ Other Real Property                              ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
2641 Gately Dr W Apt 402 West Palm Beach, FL 33415  Palm Beach County

☐ Personal Property/Vehicle
Description of Collateral:

8. Creditor: IRS

   Address:                    Arrearage/ Payoff on Petition Date    $1,694.49 @ 4% = $1,872.60

                               Payoff (Including 0% monthly interest)    $31.21    /month (Months  1  to  60 )

   Last 4 Digits of
   Account No.: _____

Other:

☐ Real Property                                    Check one below for Real Property:
  ☐ Principal Residence                              ☐ Escrow is included in the regular payments
  ☐ Other Real Property                              ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

☐ Personal Property/Vehicle
Description of Collateral:

    **B. VALUATION OF COLLATERAL:** ■ NONE

    **C. LIEN AVOIDANCE** ■ NONE

    **D. SURRENDER OF COLLATERAL:** ■ NONE

    **E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
  The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon

Debtor(s): WALDO VINCENTY    Case number: 22-15114-EPK

confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. Palm Beach County Tax Collector c/o Hampton Peterson, Esq | | 2641 Gately Dr W Apt 402 West Palm Beach, FL 33415 Palm Beach County |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

    **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

    **B. INTERNAL REVENUE SERVICE:** ☐ NONE

        Total Due: $100.00    Total Payment: $100.00

        Payable: $10.00 /month (Months 6 to 15)

    **C. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

    **D. OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

    **A.** Pay $10.00 /month (Months 60 to 60)

        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C. SEPARATELY CLASSIFIED:** ☒ NONE

**VI. STUDENT LOAN PROGRAM** ☒ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☒ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

    ☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX. NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

PBC Tax collector to be paid directly outside the plan for the subsequent years

☐ Mortgage Modification Mediation

Debtor(s): WALDO VINCENTY          Case number: 22-15114-EPK

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/WALDO VINCENTY | Debtor | November 8, 2022 | | Joint Debtor | |
|---|---|---|---|---|---|
| WALDO VINCENTY | | Date | | | Date |

/s/ SEAN KOPLOW          November 8, 2022
                                              Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.