UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsuscourts.gov

IN RE:

# WALDO VINCENTY

                                  CASE# 22-15114-EPK
                                  CHAPTER 13

    Debtor.

_____/

### DEBTORS' MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

    COMES NOW the Debtor(s),

and through undersigned counsel, and respectfully requests a modification of the Chapter 13 Plan, pursuant to 11 U.S.C. Section 1329, and as grounds would show as follows:

1. The Debtor(s) request of this Court to file a modified Chapter 13 Plan.

2. The Debtor(s) is/are asking this Court to allow the modified plan , debtor had a fluctuation of income and expenses.

3. Debtor(s) is/are current with all payments under the proposed modified Chapter 13 plan.

WHEREFORE the Debtors respectfully request that this Court grant their request to file a modified Chapter 13 plan and any other relief this Court deems just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 910(D and (2)

I HEREBY CERTIFY that a true and correct copy of the foregoing by U.S. Mail to Robin Weiner, Trustee, P.O. Box 559007, Ft Lauderdale, FL 33355-9007, and all those on creditor mailing matrix, this 9 TH of September 2025

                                                SEAN I. KOPLOW, PA
                                                8461 Lake Worth Road
                                                Suite 204
                                                Lake Worth, FL 33467
                                                (561) 642-3000    Office
                                                (561) 425-6061    Fax

                                                /s/ SEAN I. KOPLOW
                                                _____

                                                Sean I. Koplow
                                                FL Bar No. 0463205