**CGFD45** (6/01/2026)

**ORDERED in the Southern District of Florida on July 22, 2026**

**Erik P. Kimball**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
**www.flsb.uscourts.gov**

**Case Number: 22−15114−EPK**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Waldo Vincenty
2641 Gately Dr W Apt 402
West Palm Beach, FL 33415

SSN: xxx−xx−7537

## ORDER DISMISSING CASE ON NOTICE OF VOLUNTARY DISMISSAL

This matter is before the court on the Debtor's Notice of Voluntary Dismissal. Because this case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208, the court is required to dismiss a case under chapter 13 on the request of the debtor at any time. Accordingly, it is

**ORDERED** that:

1. This case is dismissed.

2. Under 11 U.S.C. § 109(g)(2), if the debtor requested the voluntary dismissal following the filing of a request for relief from the automatic stay provided by 11 U.S.C. § 362, the debtor may not be a debtor in another case under the Bankruptcy Code for 180 days after entry of this order.

3. All pending motions are denied as moot.

4. The trustee must file a final report before the case is administrativly closed.

5. Under Local Rule 1017−1(e), all unpaid fees owed to the clerk ? either under 28 U.S.C. § 1930 or any court order ? remain due and owing upon dismissal of this case. The unpaid balance of **$0.00** is payable to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401.

The clerk is directed to serve a copy of this order on all parties of record.

# # #