**CGFD33** (06/01/2026)

**ORDERED in the Southern District of Florida on August 28, 2026**

**Erik P. Kimball**
United States Bankruptcy Judge

---

## United States Bankruptcy Court
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number: 22−15114−EPK**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Waldo Vincenty
2641 Gately Dr W Apt 402
West Palm Beach, FL 33415

SSN: xxx−xx−7537

# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing this case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

# # #